UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 16-10233-RGS

UNITED STATES OF AMERICA

v.

DONNA M. ACKERLY, et al.

ORDER ON THE GOVERNMENT'S RESPONSE
TO THE COURT'S PRETRIAL ORDER
OF NOVEMBER 15, 2017

January 30, 2018

STEARNS, D.J.

Having reviewed the redactions proposed by the government to the Garske and Gottcent statements, the court finds the proposed revisions to fully address the *Bruton* concerns identified in its order of November 15, 2017. Consequently, the statements may be used as the government proposes in its responsive pleading dated January 26, 2018 (filed under seal).

SO ORDERED.

/s/ Richard G. Stearns

UNITED STATES DISTRICT JUDGE