UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONNA M. ACKERLY, CHARLES W. GARSKE, RICHARD J. GOTTCENT, and MICHAEL SEDLAK,<br><br>Defendants. | Cr. No. 16-10233-RGS |

## DEFENDANT CHARLES W. GARSKE'S
## MOTION FOR SEVERANCE BASED UPON ANTAGONISTIC DEFENSES

Defendant Charles W. Garske respectfully moves for severance pursuant to Federal Rules of Criminal Procedure 8(b) and 14(a).

This Motion is supported by a memorandum, declarations, and several exhibits, which will be filed *ex parte* under seal to avoid disclosing defense strategies.

Respectfully submitted,

Charles W. Garske

By his counsel,

/s/ Justine A. Harris
Justine Harris (*Pro Hac Vice*)
Michael Gibaldi (*Pro Hac Vice*)
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Telephone: (212) 202-2600
jharris@shertremonte.com
mgibaldi@shertremonte.com

1

[Handwritten margin note: Denied, for the reasons stated in the court's denial of defendant Ackerly's motion to sever. See Dkt # 235 (Nov. 15, 2017). R/S /s/ Stearns DJ 2-21-18.]