UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONNA M. ACKERLY, CHARLES W. GARSKE, RICHARD J. GOTTCENT, and MICHAEL SEDLAK,<br><br>Defendants. | Cr. No. 16-10233-RGS |

*See DKT # 235.*
*R/M Hearing Dr 2-21-18.*
*Allowed to join. Denied on the a reuvoner.*

## DEFENDANT MICHAEL SEDLAK S MOTION JOINING THE MOTION OF DEFENDANT CHARLES W. GARSKE IN SEEKING A SEVERANCE

Defendant Michael Sedlak respectfully moves to join Defendant Charles W. Garske s motion for severance pursuant to Federal Rules of Criminal Procedure 8(b) and 14(a), ECF No. 320. This Motion is supported by the accompanying declaration of David Spears, filed ex parte and under seal. Defendant Sedlak also relies on a memorandum, declarations, and several exhibits filed by Defendant Garske ex parte and under seal.

Respectfully submitted,

By: /s/ David Spears
David Spears (Pro Hac Vice)
Josiah Pertz (Pro Hac Vice)
SPEARS & IMES, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 213-6991
spears@spearsimes.com
jpertz@spearsimes.com

Counsel for Michael Sedlak