UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO.: 16-CR-10233-RGS |
| DONNA M. ACKERLY | ) ) ) ) | |

**Assented-To Motion for Order of Excludable Delay**

The government respectfully moves, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), to exclude from speedy trial calculations the time period from February 22, 2022 through July 12, 2022.  On January 31, 2022, the parties filed an assented to motion to continue the trial date, and agreed to exclude the time from February 22, 2022 through the newly assigned trial date.  *See* Dkt 593.  The Court granted the motion, but the order at Dkt 594 did not explicitly exclude the time through the date of the trial.  The parties request that the Court enter an order to that effect.  As grounds for this motion, the parties state that the excluded time will permit the parties to prepare for trial, and that the ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted |
| | |
| DONNA M. ACKERLY | RACHAEL S. ROLLINS |
| By her attorneys, | United States Attorney |
| | |
| /s/ Michael Kendall | /s/ Mackenzie A. Queenin |
| Michael Kendall, Esq. | Mackenzie A. Queenin |
| White & Case LLP | Benjamin Saltzman |
| | Assistant U.S. Attorneys |

Date: June 3, 2022

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 3, 2022.

                                            /s/ *Mackenzie A. Queenin*
                                            Mackenzie A. Queenin